JMK:MJJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA

    - against -

TAMERA MARIE KEENEY,

        Defendant.

SUPPLEMENTAL AFFIDAVIT

(21 U.S.C. §§ 952(a) and 960)

No. 15-MJ-49

----------------------------------X

EASTERN DISTRICT OF NEW YORK, SS:

        JOHN MOLONEY, being duly sworn, deposes and states that he is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on January 20, 2015.

        On or about January 20, 2015, a vaginal insert was removed from the defendant TAMERA MARIE KEENEY. The vaginal insert was probed, revealing a white, powdery substance that field tested positive for cocaine. Commencing on or about January 20, 2015, the defendant passed a total of 15 pellets, the contents of which also field tested positive for cocaine. The total gross weight of the cocaine recovered from the defendant is approximately 247.3 grams.

WHEREFORE, your deponent respectfully requests that defendant TAMERA MARIE KEENEY be dealt with according to law.

_____
JOHN MOLONEY
Special Agent
Homeland Security Investigations
Department of Homeland Security

Sworn to before me this
26th day of January, 2015

_____
THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK